Form 2apomotn

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| Plaintiff: D. William Davis, Trustee | ) | Adversary Case No. 13-2202 |
| vs. | ) | |
| Defendant: Mark Horan | ) | |

# CERTIFICATE OF SERVICE

I, D. William Davis, Trsutee (name), certify that service of this summons and a copy of the complaint was made June 24, 2013 (date) by:

| | |
|---|---|
| ☐ **Mail service**: Regular, first class United States mail, postage fully pre-paid, addressed to: | |
| ☐ **Personal Service**: By leaving the process with the defendant or with an officer or agent of defendant at: | |
| ☐ **Residence Service**: By leaving the process with the following adult at: | |
| ☐ **Certified Mail Service on an Insured Depository Institution**: By sending the process by certified mail addressed to the following officer of the defendant at: | |
| ☐ **Publication**: The defendant was served as follows: [Describe briefly] | |
| ☒ **State Law**: The defendant was served pursuant to the laws of the State of Ohio Civ.R4.1, as follows: [Describe briefly] | Mark Horan<br>168 Williams Street<br>Steubenville, OH 43952 |

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Date: June 24, 2013

Signature: /s/D. William Davis, Trustee

Print Name: D. William Davis, Trustee

Business Address: 407 A Howard Street
Bridgeport, OH 43913